1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVSBN 0722)
   Chief, Criminal Division
4  DENEE A. DILUIGI (COSBN 35082)
   Special Assistant United States Attorney
5
6  HILARY G. LEY
   Law Clerk
7     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
8     Telephone: (415) 436-7108
      Fax: (415) 436-7234
9     Email: Hilary.Ley@usdoj.gov
10 Attorneys for Plaintiff

FILED
JUN 10 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13              SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,           )   Case No. CR 05-00172 MAG
                                       )
15        Plaintiff,                   )
                                       )   **ORDER FOR SUMMONS**
16    v.                               )
                                       )
17 ALDO OSORNIO,                       )
                                       )
18        Defendant.                   )
                                       )
19

20      Having reviewed the Declaration of Hilary G. Ley, the Court finds that probable cause exists
21 to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
22 58(d)(3), the Clerk of the Court is directed to issue a summons directing defendant, Aldo
23 Osornio, to appear on June 24, 2005 at 9:30 a.m. before Magistrate Judge Maria-Elena James to
24 answer the Information that has been filed by the United States Attorney.
25      IT IS SO ORDERED.
26
27 Dated: 6-10-05
                                           _____
                                           MARIA-ELENA JAMES
28                                         United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 05-00172 MAG